UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) ) |
| MANUEL VILLAR | ) |
| _____ | ) |

**ORDER**

The defendant's motion to exonerate bond [D.E. 433] is GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of March, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Financial